## GLASS v. CUMMING.

### In re CADIGAN, NIXON & CO.
No. 4997.

Circuit Court of Appeals, Third Circuit.
Feb. 6, 1933.

ent one is fully set forth in the opinion of the court below.

After argument and full consideration, we are of opinion Judge Schoonmaker made no error in his reasoning or conclusion. His opinion is so satisfactory that we adopt it as expressive of the views of this court and limit ourselves to affirming the decree based thereon.

Gervaise G. Martin, of Franklin, Pa., for appellant.

Eugene Mackey, of Franklin, Pa., and Edmund C. Breene and Alexander B. Jobson, both of Oil City, Pa., for appellee.

PER CURIAM.

An earlier phase of this case was before this court [see 39 F.(2d) 1022]. The pres-